UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

JENNIFER R.,[1]

        Plaintiff,

    v.

COMMISSIONER SOCIAL SECURITY ADMINISTRATION,

        Defendant.

Case No. 3:18-cv-01836-YY

ORDER

YOU, Magistrate Judge:

There being no objection by defendant, it is hereby ORDERED that Plaintiff's Petition for Fees Per Equal Access to Justice Act (ECF #19) is granted. Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, Plaintiff is awarded an attorney fee in the amount of $4,246.55. It is ordered that the attorney fee will be paid to Plaintiff's attorney, dependent upon verification that Plaintiff has no debt that qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 560 U.S. 585 (2010). If Plaintiff has no such debt, then the check shall be made payable to Plaintiff's attorney and mailed to Plaintiff's attorney's mailing address at: 825 NE 20TH Ave., Suite 330, Portland OR 97232. If

---

[1] In the interest of privacy, this opinion uses only the first name and the initial of the last name of the non-governmental party in this case.

1 –ORDER

Plaintiff has such debt, then the check for any remaining funds after offset of the debt shall be made payable to Plaintiff and mailed to Plaintiff's attorney's mailing address stated above.

DATED October 15, 2019.

/s/  Youlee Yim You
Youlee Yim You
United States Magistrate Judge

2 –ORDER