George J. Wall, OSB No. 934515
gwall@eastpdxlaw.com
825 NE 20th Ave., Suite 330
Portland, OR 97232
Telephone: 503-236-0068
Facsimile:   503-236-0028
  Attorney for Plaintiff, Jennifer Ryan

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| Jennifer Ryan,<br>　　　Plaintiff,<br><br>　v.<br><br>ANDREW SAUL,<br>Acting Commissioner,<br>Social Security Administration,<br><br>　　　Defendant. | Civil Action No.:  3:18-cv-01836-YY<br><br>ORDER AWARDING ATTORNEY FEES PER 28 USC 406(b) |

Plaintiff's counsel is hereby allowed to received attorney fees in the amount of $12,165.50 pursuant to 42 USC 406(b)(1)(A).  Previously this court awarded fees pursuant to the Equal Access to Justice Act (EAJA), 28 USC 2412, in the amount of $4,246.65.  After the EAJA fees are subtracted from the $12,165.50, Plaintiff's counsel may retain $7,918.95.  Consistent with these amounts allowed, any past-due benefits withheld by the agency in anticipation of an order under 42 U.S.C. 406(b)(1)(A) may be payable and mailed to Attorney George J. Wall, less an administrative assessment pursuant to 42 U.S.C. 406(d) and the amount of the EAJA fees previously awarded, consistent with this order.

Page 1 - PETITION FOR ORDER AWARDING
ATTORNEY FEES PER 42 USC 406(b)

George J. Wall
Attorney at Law
825 NE 20th St., Ste. 330
Portland, OR 97232
Tel:  503-236-0068
Fax:  503-236-0028

IT IS SO ORDERED:  October 28, 2020

                                          /s Youlee Yim You
                                          United Stated Magistrate Judge

Proposed Order submitted on October 28, 2020 by:

  /s/ George Wall

George J. Wall, OSB No. 934515
gwall@eastpdxlaw.com
825 NE 20th Ave., Suite 330
Portland, OR 97214
Telephone: 503-236-0068
Facsimile:   503-236-0028
Attorney for Plaintiff, Jennifer Ryan

Page 2 - PETITION FOR ORDER AWARDING
ATTORNEY FEES PER 42 USC 406(b)

George J. Wall
Attorney at Law
825 NE 20th St., Ste. 330
Portland, OR 97232
Tel:  503-236-0068
Fax:  503-236-0028